# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 7, 2011

141906

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JAMES PETER PAULEY,
   Defendant-Appellant.

SC: 141906
COA: 298812
Van Buren CC: 07-015941-FH

_____/

   On order of the Court, the application for leave to appeal the August 25, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 7, 2011

Clerk

0131